EL PUEBLO *v.* AYBAR.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 15.—Resuelto en Diciembre 5, 1904.

APELACIÓN—PLIEGO DE EXCEPCIONES.—Las excepciones que durante el juicio tomare el acusado contra las resoluciones que dictare el Tribunal, no serán consideradas por el Tribunal de apelación, á no ser que se incluyan en un pliego de excepciones.

ID.—PRUEBAS—ERRORES QUE NO PERJUDIQUEN AL ACUSADO.—Si al rechazar algunas preguntas formuladas por el acusado á los testigos de cargo, la Corte inferior cometiere algún error que no hubiese perjudicado los derechos del acusado, tal error no constituirá causa suficiente á justificar la revocación de la sentencia apelada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión del Tribunal.

El demandado en el presente caso, Severo Aybar, fué acusado de delito de acometimiento y agresión, cometido en la persona de una mujer que se llama Ana Martinez. Se alegó que el delito se cometió en 4 de Mayo de 1904, en la Ciudad

de San Juan. La acusación fué formulada en la Corte de
Distrito de San Juan, en 14 del mismo mes. En el día 30 se
celebró el juicio, y en el día 31 el demandado fué declarado
culpable del delito de acometimiento y agresión, con circuns-
tancias agravantes, y condenado á seis meses de cárcel y al
pago de las costas. El acusado interpuso apelación en debido
tiempo para ante esta Corte. No se encuentra en los autos
pliego de excepciones; sin embargo, el Secretario de la Corte
de Distrito hace constar que el acusado tomó excepción á la
resolución de la Corte declarando impertinente la pregunta
propuesta por el Secretario, inquiriendo si sabía que había
otra persona que respondiera al nombre de Severo Aybar.
Ordinariamente este punto no llamaría la atención, á no ser
que se presentara en pliego de excepciones, habiendo de pre-
sumirse que el demandado lo había renunciado, pero aún en
el caso de que hubiera sido presentado en pliego de excepciones
y aunque pudiera considerarse que la Corte cometió error al
desestimar tal pregunta, sin embargo, como el objeto de la
prueba era acreditar la identidad del acusado, aparece de las
pruebas subsiguientes que fué un error sin importancia y que
no le podía perjudicar, pues Manuel Ginorio, en su declara-
ción dice que la persona acusada en este caso es la misma que
fué condenada en la causa seguida en el Tribunal bajo el
número 607, siendo esta la misma á la que se refería el Secre-
tario, cuando se le propuso la citada pregunta por el acusado.
En vista de que no puede haber duda de que el demandado
es la persona que fué convicta formalmente del acometimiento
en la persona de la misma mujer, es consiguiente que el error
de la Corte, al desestimar la citada pregunta, si se considera
que fué un error, no perjudicaba al acusado, y no puede causar
la revocación de la sentencia. No habiéndose ofrecido otro
motivo para la revocación de la sentencia, y apareciendo ser
ésta correcta en todas sus partes y con arreglo á la ley, debe
confirmarse.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asocia-
dos, Hernandez, Figueras y Wolf.